**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**REPUBLIC SERVICES OF FLORIDA,**
**LIMITED PARTNERSHIP,**

    Plaintiff,

v.                                         Case No.  8:08-cv-118-T-30MAP

**CITY OF BARTOW, FLORIDA,**

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  Plaintiff's claims in this action arise from the City of Bartow's alleged breach of a Settlement Agreement accepted and approved by a Final Consent Judgment in *Construction & Demolition Disposal, Inc. and Soil Resources, Inc. v. City of Bartow*, Case No. 92-1016-CIV-T-15A, now reassigned as Case No. 8:92-cv-1016-MAP.  Pursuant to the Final Consent Judgment, that Court retained jurisdiction over this matter for the purpose of enforcing the judgment and Settlement Agreement.  It is that retention that is now claimed as the jurisdictional basis of this Court.  Rather than file this new action, Plaintiff more appropriately should have moved to reopen Case No. 8:92-cv-1016-MAP to enforce the Settlement Agreement.  The original Court can then decide whether that original retention of jurisdiction, entered fourteen years ago, was intended to resolve all future disputes between the parties and their subsequent assignees.

Accordingly, the Court concludes this action should be dismissed without prejudice. Plaintiff may file appropriate pleadings in Case No. 8:92-cv-1016-MAP to pursue the relief it seeks.

It is therefore ORDERED AND ADJUDGED that:

1. This action is **DISMISSED without prejudice**.

2. Plaintiff may file appropriate pleadings in *Construction & Demolition Disposal, Inc. and Soil Resources, Inc. v. City of Bartow*, Case No. 92-1016-CIV-T-25A, to pursue the relief it seeks.

3. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-118.dismissal.frm